No. 86–5391. WILLIAMS *v.* LOUISIANA. Sup. Ct. La.;
No. 86–6506. SMITH *v.* OKLAHOMA. Ct. Crim. App. Okla.;
No. 86–6825. BEAVER *v.* VIRGINIA. Sup. Ct. Va.;
No. 86–6921. TOMPKINS *v.* FLORIDA. Sup. Ct. Fla.; and
No. 86–6969. SMITH *v.* ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86–6224. TAFERO *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Motion of National Association of Criminal Defense Lawyers for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.